STATE OF NEW JERSEY v. WILLIAM MERCADO.

September 26, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ALVERO OSPINO.

September 26, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK STREATER.

September 26, 1989.

Petition for certification denied. (See 233 *N.J.Super.* 537).

STATE OF NEW JERSEY v. FREDERICK STREATER.

September 26, 1989.

Cross-petition for certification denied. (See 233 *N.J.Super.* 537).